UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCHE MASTER FUND, L.P.,

        Plaintiff,

v.

XE-R, LLC,

        Defendant.

---

*JUDGE GRIESA*

Case No.: 07 CV 2993

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Arche Master Fund, L.P. (a private non-Governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Arche Master Fund, L.P. has no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York

April 13, 2007

        QUINN EMANUEL URQUHART
        OLIVER & HEDGES, LLP

        By /s/ Jaimie Leeser Nawaday
        Peter E. Calamari (PC-3964)
        Kevin S. Reed (KR-5386)
        Jaimie Leeser Nawaday (JL-4756)

        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000 (Phone)
        (212) 849-7100 (Fax)

        *Attorneys for Arche Master Fund, L.P.*