BA

GRIGSA, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/07

---

ARCHE MASTER FUND, L.P.,

　　　　　　　　　Plaintiff,

　　v.

XE-R, LLC,

　　　　　　　　　Defendant.

ECF CASE

Civil Action No. 07-CV-2993
(TPG)((AJP)

STIPULATION TO EXTEND THE
TIME WITHIN WHICH TO
RESPOND TO PLAINTIFF'S
COMPLAINT

---

　　　　IT IS HEREBY STIPULATED AND AGREED TO by the parties to this action, through undersigned counsel, that the time for Defendant, XER, LLC, to answer or otherwise move with respect to the Complaint in this action is extended from May 7, 2007 through and including May 21, 2007.

Dated: May 4, 2007
　　　　New York, NY

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

*[signature]*

Peter E. Calamari (PC-3964)
Kevin S. Reed (KR-5386)
Jaimie Loeser Nawaday (JL-4756)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 (Fax)

*Attorneys for Plaintiff
Arche Master Fund LP*

KENT, BEATTY & GORDON, LLP

*[signature]*

Jack A. Gordon (JG 0536)
Abbey Green (AG 9293)
425 Park Avenue, The Penthouse
New York, NY 10022
(212) 421-4300

*Attorneys for Defendant
XE-R, LLC*

SO ORDERED:

*[signature] Thomas P. Griesa*
U.S.D.J.

5/11/07