UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHE MASTER FUND, L.P.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XE-R, LLC,<br><br>　　　　　　　　　　Defendant. | ECF CASE<br><br>Civil Action No. 07-CV-2993<br>(TPG)(AJP)<br><br>**DISCLOSURE PURSUANT TO**<br>**FED.R.CIV.P. 7.1** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, XE-R, LLC, hereby certifies that:

　　1.　XE-R, LLC is not a publicly held corporation.

　　2.　XE-R, LLC is a USA limited liability company organized under the laws of the State of Delaware and has no parents, affiliates and/or subsidiaries which are publicly held.

Dated: May 21, 2007
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　KENT, BEATTY & GORDON, LLP

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Jack A. Gordon (JG 0536)
　　　　　　　　　　　　　　　　　　　　Abbey Green (AG 9293)
　　　　　　　　　　　　　　　　　　　　425 Park Avenue, The Penthouse
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　(212) 421-4300

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*XE-R, LLC*