GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCHE MASTER FUND, L.P.,

          Plaintiff,

    -against-

XE-R, LLC

          Defendant.


RECEIVED
29
MAY 25 2007
CHAMBERS OF
JUDGE GRIESA

ECF CASE

Civil Action No. 07-CV-2993
(TPG) (AJP)

**STIPULATION AND
CONSENT ORDER**

    Arche Master Fund, L.P. ("Plaintiff"), by its attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, and XE-R, LLC ("Defendant"), by its attorneys Kent, Beatty & Gordon, LLP, hereby stipulate and agree as follows:

    WHEREAS, on April 13, 2007, Plaintiff filed a Complaint against the above-referenced Defendant;

    WHEREAS, on May 21, 2007, Defendant filed a Motion For Summary Judgment and For a Stay Pending Arbitration; and

    NOW THEREFORE, in consideration of the foregoing, the parties have agreed that Plaintiff shall have up to and including June 15, 2007 to file and serve its opposing affidavits and answering memorandum to the Motion For Summary Judgment and For a Stay Pending Arbitration. Defendant shall have up to and including June 29, 2007 to file and serve its reply affidavits and memorandum of law.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

Dated: New York, New York
May 23, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP

By: *[signature]*
Peter E. Calamari (PC–3964)
Kevin S. Reed (KR–5386)
Jaimie Leeser Nawaday (JL–4756)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849–7000

*Attorneys for Plaintiff Arche Master Fund, L.P.*

KENT, BEATTY & GORDON, LLP

By: *[signature]*
Jack A. Gordon (JG–0536)
Abbey Green (AG–9293)
425 Park Avenue, The Penthouse
New York, NY 10022
(212) 421–4300

*Attorneys for Defendant XE–R, LLC*

SO ORDERED:

*[signature]* Thomas P. Griesa
U.S.D.J.

5/30/07

2