# EXHIBIT C

| | |
|---|---|
| **From:** | Stanley Chiu [schiu@xecapital.com] |
| **Sent:** | Tuesday, April 12, 2005 9:25 AM |
| **To:** | Bradley Baker |
| **Cc:** | Justin Hester; Dina Morrison; Pouria Dehghanpour |
| **Subject:** | Spurling Closed Policies |
| **Attachments:** | Book5 (3).xls |

Hi Brad,

As requested, enclosed is the most up-to-date list of closed policies executed through Spurling. If there are any questions please reply to the cc'd or give me a call.

Cheers,

Stanley

Start Date 11/1/2004
Through Date 4/8/2005

| Executed Purchase Date | First Name | Last Name | Sex | Date of Birth | Insurance Company | Insurance Company Rating | Product | AVS LE | 21st Century Multiplier | LE | Multiplier | Age | AVS Multiple | Face Amount | Premium | Premium Reserve | Upfront Reserve | Total Reserve | Loan Origination | Total First Payment | Total Principle | Finance Charge Rate | Interest | Holding IRR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 2/11/2005 | Harry | Jenkins | M | 11/30/1927 | Pacific Life | Aa3/AA- | Versa Plex V | 126 | 67 | 2.3 | 77 | 115% | 10,000,000 | 500,000 | 200,000 | 1,010 | 201,010 | 36,895 | 536,895 | 737,905 | 10% | 153,127 | 22.30% |

REDACTED

**REDACTED**