UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCHE MASTER FUND, L.P.

    Plaintiff,

  –against–

XE–R, LLC

    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07

ECF CASE

Civil Action No. 07–CV–2993 (TPG) (AJP)

**STIPULATION AND CONSENT ORDER**

  Arche Master Fund, L.P. ("Plaintiff"), by its attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, and XE–R, LLC ("Defendant"), by its attorneys Kent, Beatty & Gordon, LLP, hereby stipulate and agree as follows:

  WHEREAS, on April 13, 2007, Plaintiff filed a Complaint against the above-referenced Defendant;

  WHEREAS, on May 21, 2007, Defendant filed a Motion For Summary Judgment and For a Stay Pending Arbitration; and

  NOW THEREFORE, in consideration of the foregoing, the parties have agreed that Plaintiff shall have up to and including June 19, 2007 to file and serve its opposing affidavits and answering memorandum to the Motion For Summary Judgment and For a Stay Pending Arbitration. Defendant shall have up to and including July 3, 2007 to file and serve its reply affidavits and memorandum of law. This is Plaintiff's second request for an extension of time. Plaintiff's original request for an extension of time, to which Defendant also consented, was filed on May 31, 2007.

Dated: New York, New York
June 14, 2007

                QUINN EMANUEL URQUHART OLIVER &
                HEDGES LLP

                By: _/s/ Jaimie Leeser Nawaday_____
                Peter E. Calamari (PC–3964)
                Kevin S. Reed (KR–5386)
                Jaimie Leeser Nawaday (JL–4756)
                51 Madison Avenue, 22nd Floor
                New York, New York 10010
                (212) 849–7000

                *Attorneys for Plaintiff Arche Master Fund, L.P.*


                KENT, BEATTY & GORDON, LLP

                By: _/s/ Jack A. Gordon_____
                Jack A. Gordon (JG–0536)
                Abbey Green (AG–9293)
                425 Park Avenue, The Penthouse
                New York, NY 10022
                (212) 421–4300

                *Attorneys for Defendant XE–R, LLC*


**SO ORDERED:**

_/s/ Thomas P. Griesa_____
U.S.D.J.