UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCHE MASTER FUND, L.P.,

          Plaintiff,

-against-

XE-R, LLC,

          Defendant.

---

ECF CASE

Civil Action No. 07-CV-2993 (TPG)(AJP)

**STIPULATION OF DISMISSAL**

RECEIVED JUL 30 2007 CHAMBERS OF JUDGE

USDC SDNY DOCUMENT ELECTRONICALLY FILED

WHEREAS counsel for the Plaintiff has determined that complete diversity does not exist among the parties and thus that this Court lacks subject matter jurisdiction; and

WHEREAS, at the request of Plaintiff's counsel, counsel for the Defendant has agreed to enter into this stipulation dismissing the above-entitled action without prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action be and hereby is dismissed without prejudice for lack of subject matter jurisdiction, with each party to bear its own costs.

Dated:   New York, New York
           July 25, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
    Peter Calamari (PC-3694)
    Kevin S. Reed (KR-5386)
    51 Madison Avenue, 22nd Floor
    York, New York 10010
    (212) 849-7000

*Attorneys for Plaintiff Arche Master Fund, L.P.*

KENT, BEATTY & GORDON, LLP

By: _____
    Jack A. Gordon, Esq. (JG-0536)
    Abbey Green, Esq. (AG-9293)
    425 Park Avenue, The Penthouse
    New York, NY 10022
    (212) 421-4300

*Attorneys for Defendant XE-R, LLC*

SO ORDERED THIS ___ DAY OF JULY, 2007:

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCHE MASTER FUND, L.P.,

            Plaintiff,

-against-

XE-R, LLC,

            Defendant.

ECF CASE

Civil Action No. 07-CV-2993
(TPG)(AJP)

**STIPULATION OF DISMISSAL**

---

WHEREAS counsel for the Plaintiff has determined that complete diversity does not exist among the parties and thus that this Court lacks subject matter jurisdiction; and

WHEREAS, at the request of Plaintiff's counsel, counsel for the Defendant has agreed to enter into this stipulation dismissing the above-entitled action without prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action be and hereby is dismissed without prejudice for lack of subject matter jurisdiction, with each party to bear its own costs.

Dated:   New York, New York
           July 25, 2007

QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP

By: _____
   Peter Calamari (PC-3694)
   Kevin S. Reed (KR-5386)
   51 Madison Avenue, 22nd Floor
   York, New York 10010
   (212) 849-7000

*Attorneys for Plaintiff Arche Master Fund, L.P.*

KENT, BEATTY & GORDON, LLP

By: _____
   Jack A. Gordon, Esq. (JG-0536)
   Abbey Green, Esq. (AG-9293)
   425 Park Avenue, The Penthouse
   New York, NY 10022
   (212) 421-4300

*Attorneys for Defendant XE-R, LLC*

SO ORDERED THIS ___ DAY OF JULY, 2007:

[signature: George B. Daniels]
UNITED STATES DISTRICT JUDGE

HON. GEORGE B. DANIELS
PART - 1

[AUG 2 2007]